IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TINIKA S. WARREN            )
                            )
      v.                    )   1:23CV69
                            )
CITY OF GREENSBORO          )

**ORDER**

On October 23, 2023, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 21.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's "Motion to Reopen and Order to Settle" (Doc. 14) is DENIED.

　　　　　　　　　　　　　　　　　　/s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　United States District Judge

November 22, 2023